IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUSSELL PUZAUSKY**<br><br>Plaintiff<br><br>Vs.<br><br>**NORFOLK SOUTHERN CORPORATION**<br><br>Defendant | CIVIL ACTION<br><br>NO.: 21-CV-606 |

### O R D E R

**AND NOW,** to wit, this  12th  day of  July , 2023, the Motion for Admission *Pro Hac Vice* of Jeff R. Dingwall is **GRANTED** in the above-captioned case.

BY THE COURT:

*s/David S. Cercone*
DAVID S. CERCONE, U.S.D.J.